

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-85,039-01

### EX PARTE ANDRE DJUNA HUBERT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W11-60671-M (A) IN THE 194TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to forty-five years' imprisonment.

Applicant filed his habeas application in the trial court on October 15, 2015, and the trial court entered a timely order designating issues on November 12, 2015. The designated issues have not been resolved. The district clerk correctly forwarded the habeas application to this Court. *See* TEX. R. APP. P. 73.4(b)(5). We remand the habeas application to allow the trial judge to complete an evidentiary investigation, resolve the disputed issues, and enter findings.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: June 29, 2016
Do not publish